1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                         **FOR THE DISTRICT OF ARIZONA**

8

9    Schnitzer Properties LLC,                    No. CV-24-00431-PHX-MTM

10                      Plaintiff,                 **ORDER**

11   v.

12   Xmplar LLC, et al.,

13                      Defendants.

14

15        This matter was assigned to Magistrate Judge Michael T. Morrissey. On December 20,

16   2024, the Magistrate Judge filed a Report and Recommendation with this Court.[1] (Doc.

17   25). The Magistrate Judge recommends that the Court grant Plaintiff's Motion for Default

18   Judgement. (Doc. 17). Further, the Magistrate Judge recommends the Court to award

19   Plaintiff $643,097 plus pre-judgement interest and post-judgement interest at the

20   _____

21   [1]      This case is assigned to a Magistrate Judge. However, not all parties have consented
     to the jurisdiction of the Magistrate Judge. Thus, the matter is before this Court pursuant
     to General Order 21-25, which states in relevant part:

22        When a United States Magistrate Judge to whom a civil action has been
23        assigned pursuant to Local Rule 3.7(a)(1) considers dismissal to be
          appropriate but lacks the jurisdiction to do so under 28 U.S.C. § 636(c)(1)
24        due to incomplete status of election by the parties to consent or not consent
          to the full authority of the Magistrate Judge,

25        **IT IS ORDERED** that the Magistrate Judge will prepare a Report and
26        Recommendation for the Chief United States District Judge or designee.

27        **IT IS FURTHER ORDERED** designating the following District Court
          Judges to review and, if deemed suitable, to sign the order of dismissal on
          my behalf:

28        Phoenix/Prescott: Senior United States District Judge Stephen M. McNamee

applicable statutory rate against Defendants. To date, no objections have been filed.

**I.      STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

**II.     DISCUSSION**

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

///

///

///

///

///

///

///

///

///

///

///

///

**III.    CONCLUSION**

Accordingly,

**IT IS ORDERED granting** Plaintiff's Motion for Default Judgement. (Doc. 17).

**IT IS FURTHER ORDERED** that Plaintiff be awarded $643,097 plus pre-judgment interest and post-judgment interest at the applicable statutory rate against Defendants. Any future recites made from the use or rental of the property during the unexpired contract period will be deducted from the outstanding judgement owed by Defendants.

**IT IS FURTHER ORDERED** that no later than February 28, 2025, Plaintiff shall file an application for attorneys' fees.

Dated this 5th day of February, 2025.

Stephen M. McNamee
Senior United States District Judge